B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chase, Donald J** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0578** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**40 South LaGrange Road**<br>**Apartment 3**<br>**La Grange, IL**                    ZIP Code **60525** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |
|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                                              Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Chase, Donald J** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chase, Donald J** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Donald J Chase**
Signature of Debtor **Donald J Chase**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September  8, 2010**
Date

### Signature of Attorney*

X **/s/ David E. Grochocinski**
Signature of Attorney for Debtor(s)

 **David E. Grochocinski**
Printed Name of Attorney for Debtor(s)

 **Grochocinski Grochocinski & Lloyd**
Firm Name
 **1900 Ravinia Pl.**
 **Orland Park, IL 60462**

_____
Address

 **708-226-2700  Fax: 708-226-9030**
Telephone Number

 **September  8, 2010**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Donald J Chase**
_____    Case No. _____
                                          Debtor(s)    Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: _[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]_

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Donald J Chase**
                                           **Donald J Chase**

Date:    **September  8, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Donald J Chase_____,    Case No. _____
                                    Debtor

                                                        Chapter_____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 242,087.00 | | |
| B - Personal Property | Yes | 3 | 133,150.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 225,506.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 82,586.02 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 493,857.78 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,344.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,799.33 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| | | Total Assets | 375,237.00 | | |
| | | | Total Liabilities | 801,949.80 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Donald J Chase**                                          ,     Case No. _____

                                                Debtor

                                                                Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re     **Donald J Chase**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2025 South Indiana, Unit 407, Chicago, IL 60616** | **Fee simple** | - | **242,087.00** | **225,506.00** |

|  |  |  |  |
|---|---|---|---|
| Sub-Total > | **242,087.00** | (Total of this page) | |
| Total > | **242,087.00** | | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Donald J Chase**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account with Chase Bank (homestead proceeds from sale of 124 S. Madison, LaGrange IL) | - | 15,000.00 |
| | | | savings account with Chase Bank | - | 20,000.00 |
| | | | checking account with Chase Bank (funds in account are from unemployment) | - | 2,500.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | household goods | - | 2,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books, pictures, etc. | - | 200.00 |
| 6. | Wearing apparel. | | usual and ordinary wearing apparel | - | 300.00 |
| 7. | Furs and jewelry. | | watch, ring | - | 100.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | sports, photographic or other hobby equipment including a guns, 12ga Beretta, 12ga Slug, Weatherby, 30.06 riffle, bicycle, golf clubs | - | 500.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | | IRA has a 100 death benefit | - | 0.00 |

|  | Sub-Total > | **40,600.00** |
|---|---|---|
|  | (Total of this page) | |

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Donald J Chase**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **retirement annuity - Met Life** | - | 91,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **stocks in Chase Stairwerks, Inc. and Chase American Door and Millwork** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2009 taxes on extension (owe $12,000.00)** | - | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **91,000.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Donald J Chase**                                                   ,   Case No. _____
                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Chevrolet Colorado with over 130,000 miles** | - | 1,200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **three-year-old Dell computer, fax machine, copier, printer** | - | 350.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >                1,550.00
(Total of this page)

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

Total >                133,150.00

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re **Donald J Chase** _____,   Case No. _____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **checking account with Chase Bank (homestead proceeds from sale of 124 S. Madison, LaGrange IL)** | **735 ILCS 5/12-906** | **15,000.00** | **15,000.00** |
| **savings account with Chase Bank** | 735 ILCS 5/12-1001(b) | **1,150.00** | **20,000.00** |
| **checking account with Chase Bank (funds in account are from unemployment)** | 735 ILCS 5/12-1001(g)(1) | **2,500.00** | **2,500.00** |
| **Household Goods and Furnishings** | | | |
| **household goods** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **books, pictures, etc.** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Wearing Apparel** | | | |
| **usual and ordinary wearing apparel** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| **Furs and Jewelry** | | | |
| **watch, ring** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **sports, photographic or other hobby equipment including a guns, 12ga Beretta, 12ga Slug, Weatherby, 30.06 riffle, bicycle, golf clubs** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **retirement annuity - Met Life** | **735 ILCS 5/12-704** | **91,000.00** | **91,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Chevrolet Colorado with over 130,000 miles** | **735 ILCS 5/12-1001(c)** | **1,200.00** | **1,200.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **three-year-old Dell computer, fax machine, copier, printer** | **735 ILCS 5/12-1001(b)** | **250.00** | **350.00** |
| | Total: | **114,200.00** | **133,150.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Donald J Chase** , Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **x4942** <br><br>**Marquette Bank** <br>**9612 West 143rd Street** <br>**Orland Park, IL 60462** | X | - | **2025 South Indiana, Unit 407, Chicago, IL 60616** <br>**Condo** <br><br><br>Value $          **242,087.00** | | | | **225,506.00** | **0.00** |
| Account No. <br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br>Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal <br>(Total of this page) | **225,506.00** | **0.00** |
|---|---|---|---|
| | Total <br>(Report on Summary of Schedules) | **225,506.00** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    **Donald J Chase**                                                              Case No. _____
_____ ,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Donald J Chase**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Illinois Department of Revenue Bankuptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60601** | X | - | sales tax | | | | **549.22** | **0.00** | **549.22** |
| Account No. **xP504** <br><br>**Internal Revenue Service Centralized Insolvency Operations P. O. Box 21126 Philadelphia, PA 19114** | X | - | **Form 941 for 09/30/09** | | | | **70,000.00** | **0.00** | **70,000.00** |
| Account No. **xP225** <br><br>**Internal Revenue Service Centralized Insolvency Operations P. O. Box 21126 Philadelphia, PA 19114** | X | - | **Form 941 for 09/30/09** | | | | **36.80** | **0.00** | **36.80** |
| Account No. <br><br>**Internal Revenue Service Centralized Insolvency Operations P. O. Box 21126 Philadelphia, PA 19114** | | - | **Form 1040 for 2009** | X | X | X | **12,000.00** | **0.00** | **12,000.00** |
| Account No. <br><br> | | | | | | | | | |

Sheet _**1**_ of _**1**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **82,586.02** | **0.00** **82,586.02** |
| Total (Report on Summary of Schedules) | **82,586.02** | **0.00** **82,586.02** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Donald J Chase** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | business account | | | | |
| **AAA Communications** **Attention: Ronald M. Karrels** **19420 Hunter Trail** **Mokena, IL 60448** | X | | | | | X | X | X | |
| | | | | | | | | | 1,361.33 |
| Account No. **4053** | | - | | | business account | | | | |
| **Aetna Plywood, Inc.** **c/o Don Mar Service Corporation** **500 West Palatine Road, Suite 105** **Wheeling, IL 60090-9964** | X | | | | | X | X | X | |
| | | | | | | | | | 856.95 |
| Account No. **xxxx-xxxxxx-x2003** | | - | | | notice purpose only | | | | |
| **American Express** **Box 0001** **Los Angeles, CA 90096-8000** | | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. **xxxx-xxxxxx-x2003** | | - | | | business account personal guarantee | | | | |
| **American Express Company** **c/o United Recovery Systems** **5800 North Course Drive** **Houston, TX 77072** | X | | | | | X | X | X | |
| | | | | | | | | | 6,638.98 |

___10___  continuation sheets attached

Subtotal
(Total of this page)    8,857.26

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          S/N:29789-100630   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald J Chase**                                                ,        Case No. _____
                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **xxx-xxxxxx6015** | | | | open account | | | | |
| **Andrea A. Raila & Associates c/o Revenue Management, Inc. 625 North Michigan Avenue, Ste. 600 Chicago, IL 60611-3110** | | - | | | | | | 427.06 |
| Account No. **xx7104** | | | | business account | | | | |
| **Artistic Stairbuilders, Inc. c/o Barry Serota & Associates P. O. Box 1008 Arlington Heights, IL 60006** | X | - | | | X | X | X | 1,572.36 |
| Account No. **xxxxxxxx4791** | | | | business account | | | | |
| **AT&T P. O. Box 6428 Carol Stream, IL 60197** | X | - | | | X | X | X | 422.88 |
| Account No. **2915** | | | | business account | | | | |
| **Berland's House of Tools 1530 Centre Circle Drive Downers Grove, IL 60515** | X | - | | | X | X | X | 1,998.52 |
| Account No. | | | | business account personal guarantee | | | | |
| **Charles Horn Lumber Co. 2440 South Damen Avenue Chicago, IL 60608** | X | - | | | X | X | X | 103,000.00 |

Sheet no. **_1_** of **_10_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

107,420.82

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Chase**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | business account | | | | |
| Charles Horn Lumber Company 2440 South Damen Avenue Chicago, IL 60608 | X | - | | | X | X | X | 2,991.80 |
| Account No. **1494** | | | | business account | | | | |
| Citi P. O. Box 9122 Des Moines, IA 50368-9122 | X | - | | | X | X | X | 6,190.30 |
| Account No. **xxxx-xxxx-xxxx-9153** | | | | business account | | | | |
| Citi Business Card P. O. Box 688901 Des Moines, IA 50368-8901 | X | - | | | X | X | X | 51,771.20 |
| Account No. **xxxxxxxxxxxx5526** | | | | open account | | | | |
| Citibank c/o Asset Acceptance, LLC P. O. Box 2036 Warren, MI 48090-2036 | | - | | | | | | 3,713.36 |
| Account No. | | | | business account | | | | |
| Cochrane Compressor/Nat'l Pump c/o Prestige Services, Inc. 21214 Schofield Drive Gretna, NE 68028 | X | - | | | X | X | X | 1,078.51 |

Sheet no. __**2**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           **65,745.17**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald J Chase**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxxxxxxxxxxx8900 | | | | business account | | | | |
| Comcast c/o Credit Protection Association, 13355 Noel Road Dallas, TX 75240 | X | - | | | X | X | X | 2,573.77 |
| Account No. | | | | 10AR1377 | | | | |
| Commonwealth Edison Company c/o Hughes & Associates, P. C. 19815 Governors Highway, Suite 11 Flossmoor, IL 60422 | X | - | | | X | X | X | 13,519.21 |
| Account No. | | | | business account | | | | |
| Creative Iron Solutions 31 West 335 Schoger Drive Naperville, IL 60564 | X | - | | | X | X | X | Unknown |
| Account No. | | | | business account | | | | |
| Dantherm Filtration, Inc. 150 Transit Avenue Thomasville, NC 27360 | X | - | | | X | X | X | 722.92 |
| Account No. xxxxxxxxx4005 | | | | business account | | | | |
| Dell Financial Services P. O. Box 5292 Carol Stream, IL 60197-5292 | X | - | | | X | X | X | 110.94 |

Sheet no. __3__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **16,926.84**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Chase**                                                    , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7345** | | | business account | | | | |
| **Express Hardware** **1203 South Northwest Highway** **Barrington, IL 60010** | X | - | | X | X | X | 663.76 |
| Account No. **xxxxx-xxxxxx2165** | | | business account | | | | |
| **Gamboa Enterprises, Inc.** **c/o Transworld Systems** **1375 East Woodfield Road, Suite 110** **Schaumburg, IL 60173** | X | - | | X | X | X | 295.50 |
| Account No. **xx4314** | | | business account | | | | |
| **Hines, Edward Lumber Co.** **c/o Euler Hermes UMA** **600 South 7th Street** **Louisville, KY 40201-1672** | X | - | | X | X | X | 610.03 |
| Account No. **xxxxxxxxxxxx1494** | | | open account | | | | |
| **Home Depot Commercial** **c/o Pro Consulting Services, Inc.** **P. O. Box 66768** **Houston, TX 77266-6768** | X | - | | X | X | X | 6,537.00 |
| Account No. **1044** | | | business account | | | | |
| **Hortons of LaGrange** **60 South LaGrange Road** **La Grange, IL 60525** | X | - | | X | X | X | 50.97 |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **8,157.26**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald J Chase**                                                    Case No. _____

_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **IMARC** <br> **P. O. Box 290** <br> **De Witt, IA 52742-0290** | X | - | | business account | | | | 492.69 |
| Account No. **xxxxx32MN** <br><br> **IMARC, LLC** <br> **Columbia Agency** <br> **1005 Laraway Road, P. O. Box 39** <br> **New Lenox, IL 60451-0039** | X | - | | business account | X | X | X | 16,002.00 |
| Account No. <br><br> **KCA Financial Services, Inc.** <br> **628 North Street** <br> **Geneva, IL 60134-1356** | X | - | | business account | X | X | X | 38.00 |
| Account No. **6820** <br><br> **Knight Security Alarms, Inc.** <br> **P. O. Box 333** <br> **New Lenox, IL 60451** | X | - | | business account | X | X | X | 132.00 |
| Account No. **xx7059** <br><br> **Konica Minolta Business Solutions** <br> **c/o RMS** <br> **4836 Brecksville Rd., P. O. B. 523** <br> **Richfield, OH 44286** | X | - | | business account | X | X | X | 471.00 |

Sheet no. __5__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **17,135.69**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald J Chase**                                                     , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx5900** | | | business account | | | | |
| **Leaf**<br>**P. O. Box 644006**<br>**Cincinnati, OH 45264-4006** | X | - | | X | X | X | |
| | | | | | | | 3,938.38 |
| Account No. | | | 09-cv-06901<br>personal guarantee | | | | |
| **National City Commercial Capital Co**<br>**c/o Vincent T. Borst**<br>**180 North Stetson Avenue, Ste. 3050**<br>**Chicago, IL 60601** | X | - | | X | X | X | |
| | | | | | | | 72,000.00 |
| Account No. **xx-xx-xx-x839 7** | | | business account | | | | |
| **Nicor Gas**<br>**P. O. Box 2020**<br>**Aurora, IL 60507-2020** | X | - | | X | X | X | |
| | | | | | | | 217.95 |
| Account No. **xxxxx-xxxxxx2165** | | | business account | | | | |
| **Parts**<br>**c/o Transworld Systems, Inc.**<br>**1375 East Woodfield Road, #110**<br>**Schaumburg, IL 60173** | X | - | | X | X | X | |
| | | | | | | | 295.50 |
| Account No. **xxxx0000** | | | business account | | | | |
| **Physicians Prompt Care Centers**<br>**18210 South LaGrange Road, Ste. 110**<br>**Tinley Park, IL 60487-7723** | X | - | | X | X | X | |
| | | | | | | | 412.00 |

Sheet no. **6** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,863.83

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald J Chase**                                                    ,   Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxx72.15** | | | | notice purpose only same as National City | | | | |
| PNCEF, LLC c/o Robbins, Salomon & Patt, Ltd. 25 E. Washington St., Suite 1000 Chicago, IL 60602 | X | - | | | | | | 0.00 |
| Account No. **x550G** | | | | business account possible personal guarantee | | | | |
| Rayner & Rinn-Scott Co., Inc. c/o American Credit Systems, Inc. 400 West Lake Street, Suite 111 Roselle, IL 60172-0849 | X | - | | | X | X | X | 35,345.22 |
| Account No. | | | | business account | | | | |
| SCM Group USA, Inc. c/o Teller, Levit & Silvertrust, PC 11 East Adams Street Chicago, IL 60603 | X | - | | | X | X | X | 14,990.50 |
| Account No. | | | | business account | | | | |
| Sheriff-Fire Alarm c/o Arnold Scott Harris, P. C. 222 Merchandise Mart Plaza, #1932 Chicago, IL 60654 | | - | | | X | X | X | 305.00 |
| Account No. **xxxx6496** | | | | business account | | | | |
| Sprint c/o Diversified Adjustment, Inc. 600 Coon Rapids Boulevard Coon Rapids, MN 55433 | X | - | | | X | X | X | 965.04 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,605.76

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Chase**                                    , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | business account | | | | |
| **TGC** **3233 North Sheffield Avenue** **Chicago, IL 60657-2210** | X | - | | | X | X | X | 278.59 |
| Account No. **xx6600** | | | | business account | | | | |
| **Total Tooling Technology** **c/o Barry Serota & Associates** **P. O. Box 1008** **Arlington Heights, IL 60006** | X | - | | | X | X | X | 686.20 |
| Account No. | | | | business account personal guarantee | | | | |
| **Upper Canada Forest** **c/o Teller Levit & Silvertrust, PC** **11 East Adams Street, Suite 800** **Chicago, IL 60603** | X | - | | | X | X | X | 47,084.25 |
| Account No. **xxxx5249** | | | | business account | | | | |
| **UPS** **c/o Allied Interstate** **3000 Corporate Exchage Drive** **Columbus, OH 43231** | X | - | | | X | X | X | 66.31 |
| Account No. **xxxx-xxxx-xxxx-3445** | | | | open account | | | | |
| **US Bank** **P. O. Box 790408** **Saint Louis, MO 63179-0408** | X | - | | | X | X | X | 11,394.79 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,510.14

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald J Chase** ,                                              Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxx0001** | | - | | **notice purpose only** | | | | |
| **Verizon Wireless** **P. O. Box 25505** **Lehigh Valley, PA 18002-5505** | | | | | | | | **0.00** |
| Account No. **xxxx0851** | | - | | **open account** | | | | |
| **Verizon Wireless-Midwest** **c/o Chase Receivables** **1247 Broadway** **Sonoma, CA 95476** | | | | | | | | **1,733.68** |
| Account No. **5423** | X | - | | **business account** | X | X | X | |
| **Voss, Michaels, Lee & Associates** **P. O. Box 1829** **Holland, MI 49422-1829** | | | | | | | | **3,293.80** |
| Account No. **xxxx0026** | X | - | | **business account** | X | X | X | |
| **W. W. Grainger, Inc.** **c/o McMahan & Sigunick, Ltd.** **412 South Wells Street, 6th Floor** **Chicago, IL 60607** | | | | | | | | **1,105.40** |
| Account No. **xxx2900** | X | - | | **business account** | X | X | X | |
| **West Bend Mutual Insurance** **c/o Joseph, Mann & Creed** **20600 Chagrin Blvd., Suite 550** **Shaker Heights, OH 44122-5340** | | | | | | | | **38,991.58** |

Sheet no. __9___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**45,124.46**

B6F (Official Form 6F) (12/07) - Cont.

In re __Donald J Chase_____,     Case No. _____

                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5857**<br><br>**Westfield Insurance**<br>**Collection Department**<br>**One Park Circle, P. O. Box 5001**<br>**Westfield Center, OH 44251-5001** | | - | notice purpose only | | | | 0.00 |
| Account No. **xxxxxx9836**<br><br>**Westfield Insurance Group**<br>**c/o Phillip R. Sauer, L. L. C.**<br>**3 Golf Road, Suite 352**<br>**Hoffman Estates, IL 60169** | X | - | business account | X | X | X | 1,408.00 |
| Account No.<br><br>**Woodmark International**<br>**c/o Coface Collection North America**<br>**P. O. Box 8510**<br>**Metairie, LA 70011-8510** | | - | business account | | | | 34,708.98 |
| Account No. **x3975**<br><br>**Wright Express**<br>**c/o Commercial Recovery Group, Inc.**<br>**1012 State College Road, Suite 203**<br>**Dover, DE 19904** | X | - | business account | X | X | X | 393.57 |
| Account No. **xxxxxxx0510**<br><br>**WW Grainger, Inc.**<br>**c/o American Bureau of Collections**<br>**1100 Main Street**<br>**Buffalo, NY 14209-2356** | X | - | business account<br>notice purpose only | X | X | X | 0.00 |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 36,510.55 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 493,857.78 |

B6G (Official Form 6G) (12/07)

.

In re    **Donald J Chase**                                                            ,    Case No. _____
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Donald J Chase**                                                    Case No. _____
                                                         ,
                                   Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chase American Door and Millwork** | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P. O. Box 21126**<br>**Philadelphia, PA 19114** |
| **Chase American Door and Millwork** | **Express Hardware**<br>**1203 South Northwest Highway**<br>**Barrington, IL 60010** |
| **Chase American Door and Millwork** | **Charles Horn Lumber Company**<br>**2440 South Damen Avenue**<br>**Chicago, IL 60608** |
| **Chase American Door and Millwork** | **IMARC, LLC**<br>**Columbia Agency**<br>**1005 Laraway Road, P. O. Box 39**<br>**New Lenox, IL 60451-0039** |
| **Chase American Door and Millwork** | **TGC**<br>**3233 North Sheffield Avenue**<br>**Chicago, IL 60657-2210** |
| **Chase Stairwerks, Inc.** | **Parts**<br>**c/o Transworld Systems, Inc.**<br>**1375 East Woodfield Road, #110**<br>**Schaumburg, IL 60173** |
| **Chase Stairwerks, Inc.** | **UPS**<br>**c/o Allied Interstate**<br>**3000 Corporate Exchage Drive**<br>**Columbus, OH 43231** |
| **Chase Stairwerks, Inc.** | **WW Grainger, Inc.**<br>**c/o American Bureau of Collections**<br>**1100 Main Street**<br>**Buffalo, NY 14209-2356** |
| **Chase Stairwerks, Inc.** | **Hines, Edward Lumber Co.**<br>**c/o Euler Hermes UMA**<br>**600 South 7th Street**<br>**Louisville, KY 40201-1672** |
| **Chase Stairwerks, Inc.** | **Sprint**<br>**c/o Diversified Adjustment, Inc.**<br>**600 Coon Rapids Boulevard**<br>**Coon Rapids, MN 55433** |

**4**
____ continuation sheets attached to Schedule of Codebtors

In re   **Donald J Chase**                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chase Stairwerks, Inc.** | **W. W. Grainger, Inc.**<br>**c/o McMahan & Sigunick, Ltd.**<br>**412 South Wells Street, 6th Floor**<br>**Chicago, IL 60607** |
| **Chase Stairwerks, Inc.** | **Aetna Plywood, Inc.**<br>**c/o Don Mar Service Corporation**<br>**500 West Palatine Road, Suite 105**<br>**Wheeling, IL 60090-9964** |
| **Chase Stairwerks, Inc.** | **National City Commercial Capital Co**<br>**c/o Vincent T. Borst**<br>**180 North Stetson Avenue, Ste. 3050**<br>**Chicago, IL 60601** |
| **Chase Stairwerks, Inc.** | **American Express Company**<br>**c/o United Recovery Systems**<br>**5800 North Course Drive**<br>**Houston, TX 77072** |
| **Chase Stairwerks, Inc.** | **Artistic Stairbuilders, Inc.**<br>**c/o Barry Serota & Associates**<br>**P. O. Box 1008**<br>**Arlington Heights, IL 60006** |
| **Chase Stairwerks, Inc.** | **Total Tooling Technology**<br>**c/o Barry Serota & Associates**<br>**P. O. Box 1008**<br>**Arlington Heights, IL 60006** |
| **Chase Stairwerks, Inc.** | **Upper Canada Forest**<br>**c/o Teller Levit & Silvertrust, PC**<br>**11 East Adams Street, Suite 800**<br>**Chicago, IL 60603** |
| **Chase Stairwerks, Inc.** | **Cochrane Compressor/Nat'l Pump**<br>**c/o Prestige Services, Inc.**<br>**21214 Schofield Drive**<br>**Gretna, NE 68028** |
| **Chase Stairwerks, Inc.** | **West Bend Mutual Insurance**<br>**c/o Joseph, Mann & Creed**<br>**20600 Chagrin Blvd., Suite 550**<br>**Shaker Heights, OH 44122-5340** |
| **Chase Stairwerks, Inc.** | **Westfield Insurance Group**<br>**c/o Phillip R. Sauer, L. L. C.**<br>**3 Golf Road, Suite 352**<br>**Hoffman Estates, IL 60169** |
| **Chase Stairwerks, Inc.** | **Leaf**<br>**P. O. Box 644006**<br>**Cincinnati, OH 45264-4006** |

Sheet   **1**   of   **4**   continuation sheets attached to the Schedule of Codebtors

In re    **Donald J Chase**
_____,    Case No. _____
Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chase Stairwerks, Inc.** | **Wright Express**<br>**c/o Commercial Recovery Group, Inc.**<br>**1012 State College Road, Suite 203**<br>**Dover, DE 19904** |
| **Chase Stairwerks, Inc.** | **Gamboa Enterprises, Inc.**<br>**c/o Transworld Systems**<br>**1375 East Woodfield Road, Suite 110**<br>**Schaumburg, IL 60173** |
| **Chase Stairwerks, Inc.** | **AAA Communications**<br>**Attention:  Ronald M. Karrels**<br>**19420 Hunter Trail**<br>**Mokena, IL 60448** |
| **Chase Stairwerks, Inc.** | **Nicor Gas**<br>**P. O. Box 2020**<br>**Aurora, IL 60507-2020** |
| **Chase Stairwerks, Inc.** | **SCM Group USA, Inc.**<br>**c/o Teller, Levit & Silvertrust, PC**<br>**11 East Adams Street**<br>**Chicago, IL 60603** |
| **Chase Stairwerks, Inc.** | **Rayner & Rinn-Scott Co., Inc.**<br>**c/o American Credit Systems, Inc.**<br>**400 West Lake Street, Suite 111**<br>**Roselle, IL 60172-0849** |
| **Chase Stairwerks, Inc.** | **Voss, Michaels, Lee & Associates**<br>**P. O. Box 1829**<br>**Holland, MI 49422-1829** |
| **Chase Stairwerks, Inc.** | **Creative Iron Solutions**<br>**31 West 335 Schoger Drive**<br>**Naperville, IL 60564** |
| **Chase Stairwerks, Inc.** | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P. O. Box 21126**<br>**Philadelphia, PA 19114** |
| **Chase Stairwerks, Inc.** | **Illinois Department of Revenue**<br>**Bankuptcy Section Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60601** |
| **Chase Stairwerks, Inc.** | **PNCEF, LLC**<br>**c/o Robbins, Salomon & Patt, Ltd.**<br>**25 E. Washington St., Suite 1000**<br>**Chicago, IL 60602** |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

In re   **Donald J Chase**                  ,     Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Chase Stairwerks, Inc.** | **Home Depot Commercial**<br>**c/o Pro Consulting Services, Inc.**<br>**P. O. Box 66768**<br>**Houston, TX 77266-6768** |
| **Chase Stairwerks, Inc.** | **Commonwealth Edison Company**<br>**c/o Hughes & Associates, P. C.**<br>**19815 Governors Highway, Suite 11**<br>**Flossmoor, IL 60422** |
| **Chase Stairwerks, Inc.** | **Charles Horn Lumber Co.**<br>**2440 South Damen Avenue**<br>**Chicago, IL 60608** |
| **Chase Stairwerks, Inc.** | **Konica Minolta Business Solutions**<br>**c/o RMS**<br>**4836 Brecksville Rd., P. O. B. 523**<br>**Richfield, OH 44286** |
| **Chase Stairwerks, Inc.** | **IMARC**<br>**P. O. Box 290**<br>**De Witt, IA 52742-0290** |
| **Chase Stairwerks, Inc.** | **AT&T**<br>**P. O. Box 6428**<br>**Carol Stream, IL 60197** |
| **Chase Stairwerks, Inc.** | **Citi Business Card**<br>**P. O. Box 688901**<br>**Des Moines, IA 50368-8901** |
| **Chase Stairwerks, Inc.** | **US Bank**<br>**P. O. Box 790408**<br>**Saint Louis, MO 63179-0408** |
| **Chase Stairwerks, Inc.** | **Citi**<br>**P. O. Box 9122**<br>**Des Moines, IA 50368-9122** |
| **Chase Stairwerks, Inc.** | **Hortons of LaGrange**<br>**60 South LaGrange Road**<br>**La Grange, IL 60525** |
| **Chase Stairwerks, Inc.** | **Physicians Prompt Care Centers**<br>**18210 South LaGrange Road, Ste. 110**<br>**Tinley Park, IL 60487-7723** |
| **Chase Stairwerks, Inc.** | **KCA Financial Services, Inc.**<br>**628 North Street**<br>**Geneva, IL 60134-1356** |

Sheet   **3**   of   **4**   continuation sheets attached to the Schedule of Codebtors

In re    **Donald J Chase**                                                    ,   Case No. _____
                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chase Stairwerks, Inc.** | **Knight Security Alarms, Inc.**<br>**P. O. Box 333**<br>**New Lenox, IL 60451** |
| **Chase Stairwerks, Inc.** | **Berland's House of Tools**<br>**1530 Centre Circle Drive**<br>**Downers Grove, IL 60515** |
| **Chase Stairwerks, Inc.** | **Dell Financial Services**<br>**P. O. Box 5292**<br>**Carol Stream, IL 60197-5292** |
| **Chase Stairwerks, Inc.** | **Comcast**<br>**c/o Credit Protection Association,**<br>**13355 Noel Road**<br>**Dallas, TX 75240** |
| **Chase Stairwerks, Inc.** | **Dantherm Filtration, Inc.**<br>**150 Transit Avenue**<br>**Thomasville, NC 27360** |
| **Francine Chase** | **Marquette Bank**<br>**9612 West 143rd Street**<br>**Orland Park, IL 60462** |

Sheet   **4**   of   **4**   continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re __Donald J Chase_____     Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S): **Daughter** | AGE(S): **18** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed** | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| | | | | |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
|     b. Insurance | $ | 0.00 | $ | N/A |
|     c. Union dues | $ | 0.00 | $ | N/A |
|     d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): **Unemployment since 11/09** | $ | 2,344.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 2,344.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,344.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | 2,344.00 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Donald J Chase** _____   Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,870.00 |
| a. Are real estate taxes included?  Yes **X**   No ___ | | |
| b. Is property insurance included?  Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 140.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 170.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 20.00 |
| 4. Food | $ | 430.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 125.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 20.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 100.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other   **2nd mortgage** | $ | 322.33 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 1,052.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,799.33 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,344.00 |
| b.   Average monthly expenses from Line 18 above | $ | 4,799.33 |
| c.   Monthly net income (a. minus b.) | $ | -2,455.33 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Donald J Chase**                                                      Case No.

_____   Chapter    **7**
                              Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **29**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **September  8, 2010**                          Signature    **/s/ Donald J Chase**
                                                                     **Donald J Chase**
                                                                     Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                        Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Donald J Chase**                                                                                  Case No. _____

                                                    Debtor(s)                    Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$129,206.00** | **2009 - gross** |
| **$150,219.00** | **2008 - gross joint with wife** |
| **$202,406.00** | **2007 - gross joint with wife** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$21,096.00** | **11/09 through present - unemployment** |
| **$24,000.00** | **12/08 sold personal equipment assets at auction** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Marquette Bank** | **$1,870.00 monthly for condo payments** | **$0.00** | **$0.00** |
| **Utilities and condo association** | | **$0.00** | **$0.00** |

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **National City Commercial Capital Co. v. Chase, et al., 09-cv-06901** | **breach of contract** | **Northern District of IL** | **pending** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Commonwealth Edison Co. v. Chase Stairwerks, Inc.** | collection | **Will County** | pending |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GMAC** | **02/09** | **repossession of Honda Element** |
| **National City Bank** | **05/10** | **repossession of SCM Routech Record 132 Prisma** |

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Grochocinski Grochocinski & Lloyd 1900 Ravinia Pl. Orland Park, IL 60462** | **8/20/10** | **$4,299.00:  $299.00 applied to costs and $4,000.00 applied to fees** |
| **GreenPath, Inc.** | **8/17/10** | **$100.00** |
| **Grochocinski Grochocinski & Lloyd 1900 Ravinia Pl. Orland Park, IL 60462** | **10/2/09** | **$3,500.00 retainer** |

**10. Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Terren McDonald see attached closing statement** | **05/10** | **sold LaGrange property for $551,000.00 with spouse** |
| **Terren McDonald** | **05/10** | **sold Laudnor snowblower for $550.00** |
| **sold through Berwyn garage sale** | | **sold a 1969 Starcraft Holiday, 14ft ski boat, value received $800.00** |
| **liqudated assets that were owned by debtor but leased to Chase American Door. Sold at** | **12/09** | **received $24,000.00 - used for expenses.** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

5

---

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **ING** | **three accounts** | **$600.00, closed on 06/10 and deposited into Chase checking account** |
| **National City** | **checking account** | **$76.79, closed 06/10** |

---

**12. Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Chase Bank** | | **documents** | |

---

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **124 South Madison, Lagrange, IL** | **Donald J. Chase** | **1986 through 2010** |
| **40 South LaGrange Road, #3** | | **2010-2010 (one week only)** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Chase Stairwerks, Inc.** | **36-4199486** | | **custome carpentry, stairs, cabinets, etc.** | |
| **Chase American Door and Millwork, Inc.** | **26-4498967** | | **manufacturing and windows** | **2009 through 2010** |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
**Conway Tax and Financial Solutions**
**1234 North Cedar Road**
**Suite C**
**New Lenox, IL 60451**

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED
**Marquette National Bank**

**PNC/National City**

**Leaf Financial**

**others may have been given to suppliers but uncertain if any**

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **September  8, 2010**                Signature  **/s/ Donald J Chase**
                                                       **Donald J Chase**
                                                       Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

OMB Approval No. 2502-0265

## A. Settlement Statement (HUD-1)

B. Type of Loan

| | | | |
|---|---|---|---|
| 1. ☐ FHA   2. ☐ RHS   3. ☒ Conv. Unins. | 6. File Number: AFF-1005385 | 7. Loan Number: 66126884 | 8. Mortgage Insurance Case Number: |
| 4. ☐ VA   5. ☐ Conv. Ins. | | | |

C.  Note:  *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

| D. Name and Address of Borrower: | E. Name and Address of Seller: | F. Name and Address of Lender: |
|---|---|---|
| Terrence R. McDonnell and Jennifer E. McDonnell 124 South Madison Avenue LaGrange, IL 60525 | Donald Chase and Francine Chase | Interbank Mortgage Company 3200 Doolittle Drive Northbrook, IL 60062 |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 124 South Madison Avenue LaGrange, IL 60525 Cook County, Illinois 18-04-306-015-0000 | Affinity Title Services, LLC 2454 East Dempster Street, Suite 401 Des Plaines, IL 60016                    Ph.  (847)257-8000 Place of Settlement: 2454 E. Dempster Street #401 Des Plaines, IL 60016 | May 19, 2010 at 12:00 PM |

| J.   Summary of Borrower's transaction | | K.   Summary of Seller's transaction | |
|---|---|---|---|
| **100.  Gross Amount Due from Borrower:** | | **400.  Gross Amount Due to Seller:** | |
| 101. Contract sales price | 551,000.00 | 401. Contract sales price | 551,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement Charges to Borrower (Line 1400) | 9,332.14 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by Seller in advance** | | **Adjustments for items paid by Seller in advance** | |
| 106. City/Town Taxes                    to | | 406. City/Town Taxes                    to | |
| 107. County Taxes                          to | | 407. County Taxes                          to | |
| 108. Assessments                         to | | 408. Assessments                         to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | 560,332.14 | **420. Gross Amount Due to Seller** | 551,000.00 |
| **200.  Amounts Paid by or in Behalf of Borrower** | | **500.  Reductions in Amount Due Seller:** | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 417,000.00 | 502. Settlement charges to Seller (Line 1400) | 106,806.62 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff First Mortgage to Marquette Bank | 32,838.97 |
| 205. | | 505. Payoff Second Mortgage to Marquette Bank | 38,111.50 |
| 206. | | 506. Dep. retained ($5,000.00) | 5,000.00 |
| 207. | | 507. Payout to Francine Chase | 81,963.32 |
| 208. | | 508. | |
| 209. Seller Credit for OP line 1103 | 1,690.00 | 509. Seller Credit for OP line 1103 | 1,690.00 |
| **Adjustments for items unpaid by Seller** | | **Adjustments for items unpaid by Seller** | |
| 210. City/Town Taxes    07/01/09  to  12/31/09 | 6,311.70 | 510. City/Town Taxes    07/01/09  to  12/31/09 | 6,311.70 |
| 211. County Taxes    01/01/10  to  05/19/10 | 4,406.73 | 511. County Taxes    01/01/10  to  05/19/10 | 4,406.73 |
| 212. Assessments                         to | | 512. Assessments                         to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. Payoff to Marquette Bank | 234,951.74 |
| 218. | | 518. Payoff to Marquette Bank | 38,688.92 |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | 434,408.43 | **520. Total Reduction Amount Due Seller** | 551,000.00 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at settlement to/from Seller** | |
| 301. Gross amount due from Borrower (line 120) | 560,332.14 | 601. Gross amount due to Seller (line 420) | 551,000.00 |
| 302. Less amount paid by/for Borrower (line 220) | ( 434,408.43 ) | 602. Less reductions due Seller (line 520) | 551,000.00 |
| **303. Cash  ☒ From  ☐ To Borrower** | 125,923.71 | **603. Cash  ☐ To  ☐ From Seller** | 0.00 |

## L. Settlement Charges

| | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| 700. Total Real Estate Broker Fees | | | $ 27,070.00 | | |
| Division of commission (line 700) as follows: | | | | | |
| 701. $ 27,070.00 to Prudential American Homes | | | | | |
| 702. $ to | | | | | |
| 703. Commission paid at settlement | | | | | |
| 704. Deposit Ret'd By Listing Agent | to Prudential American Homes | | $5000.00 (POC) | | 22,070.00 |
| 705. | | | | | |
| 800. Items Payable in Connection with Loan | | | | | |
| 801. Our origination charge includes Origination Point (% or ) | | $ 4,842.75 | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ -3,648.75 | | (from GFE #2) | | |
| 803. Your adjusted origination charges | | | (from GFE #A) | 1,194.00 | |
| 804. Appraisal fee | to Adrian Welts | | (from GFE #3) POC:B350.00 | | |
| 805. Credit Report | to | | (from GFE #3) | | |
| 806. Tax service | to | | (from GFE #3) | | |
| 807. Flood certification | to | | (from GFE #3) | | |
| 808. | | | (from GFE #3) | | |
| 809. | | | (from GFE #3) | | |
| 810. | | | (from GFE #3) | | |
| 811. | | | (from GFE #3) | | |
| 900. Items Required by Lender to Be Paid in Advance | | | | | |
| 901. Daily interest charges from 05/19/10 to 06/01/10 13 @ $55.695200/day | | | (from GFE #10) | 724.04 | |
| 902. Mortgage insurance premium for months to | | | | | |
| 903. Homeowner's insurance for 1.0 years to USAA | | | (from GFE #11) POC 8991.25 | | |
| 904. | | | (from GFE #11) | | |
| 905. | | | (from GFE #11) | | |
| 1000. Reserves Deposited with Lender | | | | | |
| 1001. Initial deposit for your escrow account | | | (from GFE #9) | 3,902.10 | |
| 1002. Homeowner's insurance 3.000 months @ $ 82.60 per month | | $ 247.80 | | | |
| 1003. Mortgage insurance months @ $ per month | | $ | | | |
| 1004. Property taxes months @ $ per month | | $ | | | |
| 1005. months @ $ per month | | $ | | | |
| 1006. County Taxes 5.000 months @ $ 796.94 per month | | $ 3,984.70 | | | |
| 1007. months @ $ per month | | $ | | | |
| 1008. | | $ | | | |
| 1009. | | $ -330.40 | | | |
| 1100. Title Charges | | | | | |
| 1101. Title services and lender's title insurance | | | (from GFE #4) | | |
| 1102. Settlement or closing fee to Affinity Title Services\Sharon Fay | | $ 175.00 | | 1,703.00 | |
| 1103. Owner's title insurance to Attorneys' Title Guaranty Fund | | | (from GFE #5) | | |
| 1104. Lender's title insurance to Attorneys' Title Guaranty Fund | | $ 500.00 | | 1,690.00 | |
| 1105. Lender's title policy limit | $ 417,000.00 | | | | |
| 1106. Owner's title policy limit | $ 551,000.00 | | | | |
| 1107. Agent's portion of the total title insurance premium to Kevin B. O'Rourke | | | $ 1,752.00 | | |
| 1108. Underwriter's portion of the total title insurance premium to Attorneys' Title Guaranty Fund | | | $ 438.00 | | |
| to Affinity Title Services, LLC | | $ 184.50 | | | |
| 1109. Seller's Attorney Fee | to Kevin B. O'Rourke | | | | |
| 1110. Buyer's Attorney Fee | | | | | 700.00 |
| 1111. Abstract Search Fee | to Affinity Title Services, LLC | | | | |
| 1112. Overnight Fee | to Affinity Title Services, LLC | | | | 175.00 |
| 1113. State Policy Fee | to Attorneys' Title Guaranty Fund | | | | 50.00 |
| | | | | | 3.00 |
| 1200. Government Recording and Transfer Charges | | | | | |
| 1201. Government recording charges to Cook County Recorder | | | (from GFE #7) | | |
| 1202. Deed $ 50.50 Mortgage $ 68.50 Releases $ 145.50 Other $ 48.50 | | | | 119.00 | 194.00 |
| 1203. Transfer taxes | | | (from GFE #8) | | |
| 1204. City/County tax/stamps Deed $ 275.50 Mortgage $ | | | | | 275.50 |
| 1205. State tax/stamps Deed $ 551.00 Mortgage $ | | | | | 551.00 |
| 1206. | | | | | |
| 1207. Cook County Recorder | | | | | |
| 1300. Additional Settlement Charges | | | | | |
| 1301. Required services that you can shop for | | | (from GFE #6) | | |
| 1302. Survey | to Survey Services | | | | |
| 1303. Home Warranty | to American Home Shield | | | 325.00 | |
| 1304. Payout | to Donald Chase | | | 480.00 | |
| 1305. Payout | to Donald Chase | Homestead | | 15,000.00 | |
| | | | | | 66,983.82 |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | 9,332.14 | 106,806.82 |

Certified to be a True Copy

Paid out side of closing by B* Borrower S* Seller L*Lender K* Broker R.*Branch O* Other

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| **Charges That Cannot Increase** | HUD-1 Line Number | | |
| Our origination charge | # 801 | 4,842.75 | 4,842.75 |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | -3,648.75 | -3,648.75 |
| Your adjusted origination charges | # 803 | 1,194.00 | 1,194.00 |
| Transfer taxes | #1203 | 3.00 | |

| **Charges That in Total Cannot Increase More than 10%** | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | #1201 | 140.00 | 119.00 |
| Appraisal fee | # 804 | 375.00 | 350.00 |
| Title services and lender's title insurance | #1101 | 2,150.00 | 1,703.00 |
| Owner's title insurance to Attorneys' Title Guaranty Fund | #1103 | 1,970.00 | 1,690.00 |
| | Total | 4,635.00 | 3,862.00 |
| | Increase between GFE and HUD-1 Charges | $ -773.00 or | -16.68% |

| **Charges That Can Change** | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | #1001 | 1,784.00 | 3,902.10 |
| Daily interest charges | # 901     $   55.695200/day | 812.65 | 724.04 |
| Homeowner's insurance | # 903 | 1,200.00 | 991.23 |

## Loan Terms

| | |
|---|---|
| Your initial loan amount is | $ 417,000.00 |
| Your loan term is | 30 years |
| Your initial interest rate is | 4.8750 % |
| Your initial monthly amount owed for principal, interest and any mortgage insurance is | $ 2,205.80 includes<br>[X] Principal<br>[X] Interest<br>[ ] Mortgage Insurance |
| Can your interest rate rise? | [X] No  [ ] Yes, it can rise to a maximum of _____%. The first change will be on _____ and can change again every ____ months after _____. Every change date, your interest rate can increase or decrease by _____%. Over the life of the loan, your interest rate is guaranteed to never be lower than _____% or higher than _____%. |
| Even if you make payments on time, can your loan balance rise? | [X] No  [ ] Yes, it can rise to a maximum of $_____ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | [X] No  [ ] Yes, the first increase can be on _____ and the monthly amount owed can rise to $_____<br>The maximum it can ever rise to is $_____ |
| Does your loan have a prepayment penalty? | [X] No  [ ] Yes, your maximum prepayment penalty is $_____ |
| Does your loan have a balloon payment? | [X] No  [ ] Yes, you have a balloon payment of $_____ due in ____ years on _____ |
| Total monthly amount owed including escrow account payments | [ ] You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>[X] You have an additional monthly escrow payment of $879.55 that results in a total initial monthly amount owed of $3,085.35. This includes principal, interest, any mortgage insurance and any items checked below.<br>[ ] Property taxes   [X] Homeowner's insurance<br>[ ] Flood insurance   [ ]<br>[ ]   [ ] |

Note:  If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

## HUD-1 Addendum

Borrower(s): Terrence R. McDonnell and Jennifer E.     Seller(s): Donald Chase and Francine Chase
McDonnell
124 South Madison Avenue
LaGrange, IL 60525
Lender: Interbank Mortgage Company
Settlement Agent: Kevin B. O'Rourke
312-541-2802
Place of Settlement: 222 N. LaSalle Street, Suite #200
Chicago, Il, 60601
Settlement Date: May 19, 2010
Property Location: 124 South Madison Avenue
LaGrange, IL 60525
Cook County, Illinois
18-04-306-015-0000

### Seller Loan Payoff Details

**Payoff First Mortgage**     **to Marquette Bank**

Loan Payoff                                              As of
Total Additional Interest                                              days @          Per Diem

Total Loan Payoff               32,838.97

**Payoff Second Mortgage**     **to Marquette Bank**

Loan Payoff                                              As of
Total Additional Interest                                              days @          Per Diem

Total Loan Payoff               38,111.80

### Adjusted Origination Charge Details

Origination Charge
Origination Points
    to  Aim Mortgage Corp                                                                      3,648.75
Processing
    to  Aim Mortgage Corp                                                                       495.00
Admin Fee
    to  Interbank Mortgage Company                                                             699.00

                                                            Total  $     4,842.75

Origination Credit/Charge (points) for the specific interest rate chosen
Credit/Charge
    to  Aim Mortgage Corp                                                                      -3,648.75

                                                            Total  $    -3,648.75

                                        Adjusted Origination Charges  $     1,194.00

HUD-1 Addendum - Continued

---

## Reserves Deposited with Lender

| | |
|---|---:|
| Homeowner's Insurance | |
| 3.000 at 82.60 per month | 247.80 |
| County Taxes | |
| 5.000 at 796.94 per month | 3,984.70 |
| month | -330.40 |
| Total | 3,902.10 |

---

| Title Services and Lender's Title Insurance Details | BORROWER | SELLER |
|---|---:|---|
| Settlement Closing Fee | 850.00 | |
| to   Affinity Title Services, LLC | | |
| State Policy Fee | 3.00 | |
| Attorneys' Title Guaranty Fund | | |
| E-mail Package Handling Fee | 50.00 | |
| Affinity Title Services, LLC | | |
| Policy Update Fee | 75.00 | |
| Affinity Title Services, LLC | | |
| Overnight Handling Fee | 25.00 | |
| Affinity Title Services, LLC | | |
| PLDP Compliance | 100.00 | |
| Affinity Title Services, LLC | | |
| Chain of Title | 100.00 | |
| Affinity Title Services, LLC | | |
| Total | $   1,203.00 $ | |

---

## Owner's Title Insurance

| | BORROWER | SELLER |
|---|---:|---|
| Owner's Policy Premium | 1,690.00 | |
| to    Attorneys' Title Guaranty Fund | | |
| Total | $   1,690.00 $ | |

---

## Lender's Title Insurance

| | BORROWER | SELLER |
|---|---:|---|
| Lender's Policy Premium | 350.00 | |
| to   Attorneys' Title Guaranty Fund | | |
| Lender's Endorsement Charges | 150.00 | |
| Endorsement | | |
| Environmental Protrection Lien - Endorsement 8.1   Endorsement Charge 150.00 | | |
| Total | $   500.00 $ | |

## HUD Page 3 ACKNOWLEDGMENT

| | |
|---|---|
| **Borrower:** | Terrence R. McDonnell and Jennifer E. McDonnell |
| **Seller:** | Donald Chase and Francine Chase |
| **Lender:** | Interbank Mortgage Company |
| **Settlement Agent:** | Affinity Title Services, LLC |
| | (847)257-8000 |
| **Place of Settlement:** | 222 N. LaSalle Street, Suite #200 |
| | Chicago, Il, 60601 |
| **Settlement Date:** | May 19, 2010 |
| **Property Location:** | 124 South Madison Avenue |
| | LaGrange, IL 60525 |
| | Cook County, Illinois |
| | 18-04-306-015-0000 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

The undersigned hereby authorize Affinity Title Services, LLC to provide copies of any closing statements, loan documents, financial information, commitments, approval letters, appraisals, inspection reports, insurance policies, contracts, payoffs transaction documents, and other nonpublic personal information in connection with our transaction to the real estate broker and real estate agent.

_____          _____
Terrence R. McDonnell                                    Donald Chase

_____          _____
Jennifer E. McDonnell                                     Francine Chase

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
Settlement Agent
Sharon Fay

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Donald J Chase** _____   Case No. _____
                                          Debtor(s)                Chapter  **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Marquette Bank** | **Describe Property Securing Debt:**<br>**2025 South Indiana, Unit 407, Chicago, IL 60616**<br>**Condo** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **September  8, 2010** _____   Signature  **/s/ Donald J Chase** _____
                                                          **Donald J Chase**
                                                          Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Donald J Chase** _____   Case No. _____

                                    Debtor(s)                    Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,000.00** |
| Prior to the filing of this statement I have received | $ | **4,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **All services required by Local Rule 2090-5.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Adversary proceedings.**

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September  8, 2010** _____        **/s/ David E. Grochocinski**
                                                                **David E. Grochocinski**
                                                                **Grochocinski Grochocinski & Lloyd**
                                                                **1900 Ravinia Pl.**
                                                                **Orland Park, IL 60462**
                                                                **708-226-2700  Fax: 708-226-9030**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  __Donald J Chase__                                                   Case No.
                                          Debtor(s)          Chapter    __7__

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

__Donald J Chase__                                   X  __/s/ Donald J Chase__                    __September  8, 2010__
Printed Name(s) of Debtor(s)                            Signature of Debtor                         Date

Case No. (if known)  _____          X  _____
                                                       Signature of Joint Debtor (if any)              Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Donald J Chase**                                      Case No.
                                      Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                              **109**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **September  8, 2010**              **/s/ Donald J Chase**
                                    **Donald J Chase**
                                    Signature of Debtor

AAA Communications
Attention: Ronald M. Karrels
19420 Hunter Trail
Mokena, IL 60448


Aetna Plywood, Inc.
c/o Don Mar Service Corporation
500 West Palatine Road, Suite 105
Wheeling, IL 60090-9964


American Express
Box 0001
Los Angeles, CA 90096-8000


American Express Company
c/o United Recovery Systems
5800 North Course Drive
Houston, TX 77072


Andrea A. Raila & Associates
c/o Revenue Management, Inc.
625 North Michigan Avenue, Ste. 600
Chicago, IL 60611-3110


Artistic Stairbuilders, Inc.
c/o Barry Serota & Associates
P. O. Box 1008
Arlington Heights, IL 60006


AT&T
P. O. Box 6428
Carol Stream, IL 60197


Berland's House of Tools
1530 Centre Circle Drive
Downers Grove, IL 60515


Charles Horn Lumber Co.
2440 South Damen Avenue
Chicago, IL 60608


Charles Horn Lumber Company
2440 South Damen Avenue
Chicago, IL 60608

Chase American Door and Millwork

Chase American Door and Millwork

Chase American Door and Millwork

Chase American Door and Millwork

Chase American Door and Millwork

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.

Chase Stairwerks, Inc.


Chase Stairwerks, Inc.


Chase Stairwerks, Inc.


Chase Stairwerks, Inc.


Chase Stairwerks, Inc.


Chase Stairwerks, Inc.


Chase Stairwerks, Inc.


Citi
P. O. Box 9122
Des Moines, IA 50368-9122


Citi Business Card
P. O. Box 688901
Des Moines, IA 50368-8901


Citibank
c/o Asset Acceptance, LLC
P. O. Box 2036
Warren, MI 48090-2036


Cochrane Compressor/Nat'l Pump
c/o Prestige Services, Inc.
21214 Schofield Drive
Gretna, NE 68028


Comcast
c/o Credit Protection Association,
13355 Noel Road
Dallas, TX 75240

Commonwealth Edison Company
c/o Hughes & Associates, P. C.
19815 Governors Highway, Suite 11
Flossmoor, IL 60422


Creative Iron Solutions
31 West 335 Schoger Drive
Naperville, IL 60564


Dantherm Filtration, Inc.
150 Transit Avenue
Thomasville, NC 27360


Dell Financial Services
P. O. Box 5292
Carol Stream, IL 60197-5292


Express Hardware
1203 South Northwest Highway
Barrington, IL 60010


Francine Chase


Gamboa Enterprises, Inc.
c/o Transworld Systems
1375 East Woodfield Road, Suite 110
Schaumburg, IL 60173


Hines, Edward Lumber Co.
c/o Euler Hermes UMA
600 South 7th Street
Louisville, KY 40201-1672


Home Depot Commercial
c/o Pro Consulting Services, Inc.
P. O. Box 66768
Houston, TX 77266-6768


Hortons of LaGrange
60 South LaGrange Road
La Grange, IL 60525

Illinois Department of Revenue
Bankuptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60601


IMARC
P. O. Box 290
De Witt, IA 52742-0290


IMARC, LLC
Columbia Agency
1005 Laraway Road, P. O. Box 39
New Lenox, IL 60451-0039


Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 21126
Philadelphia, PA 19114


KCA Financial Services, Inc.
628 North Street
Geneva, IL 60134-1356


Knight Security Alarms, Inc.
P. O. Box 333
New Lenox, IL 60451


Konica Minolta Business Solutions
c/o RMS
4836 Brecksville Rd., P. O. B. 523
Richfield, OH 44286


Leaf
P. O. Box 644006
Cincinnati, OH 45264-4006

Marquette Bank
9612 West 143rd Street
Orland Park, IL 60462


National City Commercial Capital Co
c/o Vincent T. Borst
180 North Stetson Avenue, Ste. 3050
Chicago, IL 60601


Nicor Gas
P. O. Box 2020
Aurora, IL 60507-2020


Parts
c/o Transworld Systems, Inc.
1375 East Woodfield Road, #110
Schaumburg, IL 60173


Physicians Prompt Care Centers
18210 South LaGrange Road, Ste. 110
Tinley Park, IL 60487-7723


PNCEF, LLC
c/o Robbins, Salomon & Patt, Ltd.
25 E. Washington St., Suite 1000
Chicago, IL 60602


Rayner & Rinn-Scott Co., Inc.
c/o American Credit Systems, Inc.
400 West Lake Street, Suite 111
Roselle, IL 60172-0849


SCM Group USA, Inc.
c/o Teller, Levit & Silvertrust, PC
11 East Adams Street
Chicago, IL 60603


Sheriff-Fire Alarm
c/o Arnold Scott Harris, P. C.
222 Merchandise Mart Plaza, #1932
Chicago, IL 60654


Sprint
c/o Diversified Adjustment, Inc.
600 Coon Rapids Boulevard
Coon Rapids, MN 55433

TGC
3233 North Sheffield Avenue
Chicago, IL 60657-2210


Total Tooling Technology
c/o Barry Serota & Associates
P. O. Box 1008
Arlington Heights, IL 60006


Upper Canada Forest
c/o Teller Levit & Silvertrust, PC
11 East Adams Street, Suite 800
Chicago, IL 60603


UPS
c/o Allied Interstate
3000 Corporate Exchage Drive
Columbus, OH 43231


US Bank
P. O. Box 790408
Saint Louis, MO 63179-0408


Verizon Wireless
P. O. Box 25505
Lehigh Valley, PA 18002-5505


Verizon Wireless-Midwest
c/o Chase Receivables
1247 Broadway
Sonoma, CA 95476


Voss, Michaels, Lee & Associates
P. O. Box 1829
Holland, MI 49422-1829


W. W. Grainger, Inc.
c/o McMahan & Sigunick, Ltd.
412 South Wells Street, 6th Floor
Chicago, IL 60607


West Bend Mutual Insurance
c/o Joseph, Mann & Creed
20600 Chagrin Blvd., Suite 550
Shaker Heights, OH 44122-5340

Westfield Insurance
Collection Department
One Park Circle, P. O. Box 5001
Westfield Center, OH 44251-5001


Westfield Insurance Group
c/o Phillip R. Sauer, L. L. C.
3 Golf Road, Suite 352
Hoffman Estates, IL 60169


Woodmark International
c/o Coface Collection North America
P. O. Box 8510
Metairie, LA 70011-8510


Wright Express
c/o Commercial Recovery Group, Inc.
1012 State College Road, Suite 203
Dover, DE 19904


WW Grainger, Inc.
c/o American Bureau of Collections
1100 Main Street
Buffalo, NY 14209-2356