UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
DONALD J CHASE                      §     Case No. 10-40276
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          219 S. Dearborn Street
          Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/09/2011 in Courtroom 642,

          United States Courthouse
          219 S. Dearborn St. Chgo, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/29/2011           By: Gregg Szilagyi
                                                    Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DONALD J CHASE § Case No. 10-40276
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 18,851.61 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 18,851.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 2,635.14 | $ 0.00 | $ 2,635.14 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,635.14 |
| Remaining Balance | | | $ 16,216.47 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 12,082.78 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Internal Revenue Service | $ 12,082.78 | $ 0.00 | $ 12,082.78 |

Total to be paid to priority creditors $ 12,082.78

Remaining Balance $ 4,133.69

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 125,821.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 799.23 | $ 0.00 | $ 26.26 |
| 2 | TGC | $ 278.59 | $ 0.00 | $ 9.15 |
| 3 | W. W. Grainger, Inc. | $ 1,105.40 | $ 0.00 | $ 36.31 |
| 4 | Internal Revenue Service | $ 297.27 | $ 0.00 | $ 9.77 |
| 5 | Asset Acceptance, LLC assignee CITIBANK | $ 3,952.68 | $ 0.00 | $ 129.85 |
| 6 | Rayner & Rinn-Scott Co. | $ 35,345.22 | $ 0.00 | $ 1,161.17 |
| 7 | American Express Bank, FSB | $ 6,638.98 | $ 0.00 | $ 218.10 |
| 8 | Verizon Wireless | $ 1,333.60 | $ 0.00 | $ 43.81 |
| 9 | Artistic Stairbuilders, Inc. | $ 1,526.44 | $ 0.00 | $ 50.15 |
| 10 | US Bank N.A. | $ 13,147.17 | $ 0.00 | $ 431.91 |
| 11 | Citibank South Dakota NA | $ 61,397.30 | $ 0.00 | $ 2,017.04 |

Total to be paid to timely general unsecured creditors $ 4,133.52

Remaining Balance $ 0.17

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi
Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 10-40276-SPS
Donald J Chase  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: dpruitt  Page 1 of 3  Date Rcvd: Jun 30, 2011
                 Form ID: pdf006  Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2011.
```
db           +Donald J Chase,    40 South LaGrange Road,    Apartment 3,    La Grange, IL 60525-6314
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
tr           +Gregg Szilagyi,    542 South Dearborn Street,    Suite 1060,    Chicago, IL 60605-1567
16107377     +AAA Communications,    Attention: Ronald M. Karrels,    19420 Hunter Trail,
               Mokena, IL 60448-8842
16107383     +AT&T,    P. O. Box 6428,    Carol Stream, IL 60197-6428
16107378     +Aetna Plywood, Inc.,    c/o Don Mar Service Corporation,    500 West Palatine Road, Suite 105,
               Wheeling, IL 60090-5835
16107379      American Express,    Box 0001,    Los Angeles, CA 90096-8000
16662862      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16107380     +American Express Company,    c/o United Recovery Systems,    5800 North Course Drive,
               Houston, TX 77072-1613
16107381     +Andrea A. Raila & Associates,    c/o Revenue Management, Inc.,
               625 North Michigan Avenue, Ste. 600,    Chicago, IL 60611-3190
16107382     +Artistic Stairbuilders, Inc.,    Jeff Steiger,    P. O. Box 1222,    Tinley Park IL 60477-8022
16107384     +Berland's House of Tools,    1530 Centre Circle Drive,    Downers Grove, IL 60515-1019
16107385     +Charles Horn Lumber Co.,    2440 South Damen Avenue,    Chicago, IL 60608-5289
16107436     +Citi,    P. O. Box 9122,    Des Moines, IA 50306-9122
16107437      Citi Business Card,    P. O. Box 688901,    Des Moines, IA 50368-8901
16107438      Citibank,    c/o Asset Acceptance, LLC,    P. O. Box 2036,    Warren, MI 48090-2036
16788254     +Citibank South Dakota NA,    Payment Center,    4740 121st St,    Urbandale, IA 50323-2402
16107439     +Cochrane Compressor/Nat'l Pump,    c/o Prestige Services, Inc.,    21214 Schofield Drive,
               Gretna, NE 68028-3977
16107440     +Comcast,    c/o Credit Protection Association,,    13355 Noel Road,    Dallas, TX 75240-6602
16107441     +Commonwealth Edison Company,    c/o Hughes & Associates, P. C.,
               19815 Governors Highway, Suite 11,    Flossmoor, IL 60422-4319
16107442      Creative Iron Solutions,    31 West 335 Schoger Drive,    Naperville, IL 60564
16107444    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,    P. O. Box 5292,
               Carol Stream, IL 60197-5292)
16107443     +Dantherm Filtration, Inc.,    150 Transit Avenue,    Thomasville, NC 27360-8927
16107445     +Express Hardware,    1203 South Northwest Highway,    Barrington, IL 60010-5299
16107447     +Gamboa Enterprises, Inc.,    c/o Transworld Systems,    1375 East Woodfield Road, Suite 110,
               Schaumburg, IL 60173-5423
16107448     +Hines, Edward Lumber Co.,    c/o Euler Hermes UMA,    600 South 7th Street,
               Louisville, KY 40203-1968
16107449      Home Depot Commercial,    c/o Pro Consulting Services, Inc.,    P. O. Box 66768,
               Houston, TX 77266-6768
16107450     +Hortons of LaGrange,    60 South LaGrange Road,    La Grange, IL 60525-2429
16107451    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankuptcy Section Level 7-425,
               100 W. Randolph Street,    Chicago, IL 60601)
16107452      IMARC,    P. O. Box 290,    De Witt, IA 52742-0290
16107453      IMARC, LLC,    Columbia Agency,    1005 Laraway Road, P. O. Box 39,    New Lenox, IL 60451-0039
16107454    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
               P. O. Box 21126,    Philadelphia, PA 19114)
16107457      KCA Financial Services, Inc.,    628 North Street,    Geneva, IL 60134-1356
16107458     +Knight Security Alarms, Inc.,    P. O. Box 333,    New Lenox, IL 60451-0333
16107459     +Konica Minolta Business Solutions,    c/o RMS,    4836 Brecksville Rd., P. O. B. 523,
               Richfield, OH 44286-0523
16107460      Leaf,    P. O. Box 644006,    Cincinnati, OH 45264-4006
16107461     +Marquette Bank,    9612 West 143rd Street,    Orland Park, IL 60462-2000
16107462     +National City Commercial Capital Co,    c/o Vincent T. Borst,
               180 North Stetson Avenue, Ste. 3050,    Chicago, IL 60601-6718
16107466     +PNCEF, LLC,    c/o Robbins, Salomon & Patt, Ltd.,    25 E. Washington St., Suite 1000,
               Chicago, IL 60602-1705
16107464     +Parts,    c/o Transworld Systems, Inc.,    1375 East Woodfield Road, #110,
               Schaumburg, IL 60173-5423
16107465      Physicians Prompt Care Centers,    18210 South LaGrange Road, Ste. 110,
               Tinley Park, IL 60487-7723
16107467     +Rayner & Rinn-Scott Co.,    Laws Offices of Dennis B Porick LTD,    63 W Jefferson St Suite 100,
               Joliet IL 60432-4337
16107468     +SCM Group USA, Inc.,    c/o Teller, Levit & Silvertrust, PC,    11 East Adams Street,
               Chicago, IL 60603-6301
16107470    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint,    c/o Diversified Adjustment, Inc.,
               600 Coon Rapids Boulevard,    Coon Rapids, MN 55433)
```

```
District/off: 0752-1          User: dpruitt              Page 2 of 3                   Date Rcvd: Jun 30, 2011
                              Form ID: pdf006            Total Noticed: 66


16107469     +Sheriff-Fire Alarm,    c/o Arnold Scott Harris, P. C.,     222 Merchandise Mart Plaza, #1932,
               Chicago, IL 60654-1420
16107471      TGC,    3233 North Sheffield Avenue,     Chicago, IL 60657-2210
16107472     +Total Tooling Technology,    c/o Barry Serota & Associates,     P. O. Box 1008,
               Arlington Heights, IL 60006-1008
16107474     +UPS,    c/o Allied Interstate,    3000 Corporate Exchange Drive,     Columbus, OH 43231-7689
16107475    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,     P. O. Box 790408,    Saint Louis, MO 63179-0408)
16698429    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)
16107473     +Upper Canada Forest,    c/o Teller Levit & Silvertrust, PC,     11 East Adams Street, Suite 800,
               Chicago, IL 60603-6324
16107477     +Verizon Wireless-Midwest,    c/o Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
16107478      Voss, Michaels, Lee & Associates,     P. O. Box 1829,    Holland, MI 49422-1829
16107479     +W. W. Grainger, Inc.,    c/o McMahan & Sigunick, Ltd.,     412 South Wells Street, 6th Floor,
               Chicago, IL 60607-3923
16107485      WW Grainger, Inc.,    c/o American Bureau of Collections,     1100 Main Street,
               Buffalo, NY 14209-2356
16107480      West Bend Mutual Insurance,    c/o Joseph, Mann & Creed,     20600 Chagrin Blvd., Suite 550,
               Shaker Heights, OH 44122-5340
16107481      Westfield Insurance,    Collection Department,    One Park Circle, P. O. Box 5001,
               Westfield Center, OH 44251-5001
16107482     +Westfield Insurance Group,    c/o Phillip R. Sauer, L. L. C.,     3 Golf Road, Suite 352,
               Hoffman Estates, IL 60169-4601
16107483      Woodmark International,    c/o Coface Collection North America,     P. O. Box 8510,
               Metairie, LA 70011-8510
16107484     +Wright Express,    c/o Commercial Recovery Group, Inc.,     1012 State College Road, Suite 203,
               Dover, DE 19904-6506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16495783     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 30 2011 23:03:41
               Asset Acceptance, LLC   assignee CITIBANK,    PO Box 2036,    Warren, MI 48090-2036
16107463      E-mail/Text: bankrup@nicor.com Jun 30 2011 23:03:15      Nicor Gas,    P. O. Box 2020,
               Aurora, IL 60507-2020
16438749      E-mail/PDF: BNCEmails@blinellc.com Jul 01 2011 01:33:25      Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
16107476      E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 01 2011 01:23:43         Verizon Wireless,
               P. O. Box 25505,    Lehigh Valley, PA 18002-5505
16678538     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 01 2011 01:23:42         Verizon Wireless,
               PO BOX 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16107387      Chase American Door and Millwork
16107388      Chase American Door and Millwork
16107389      Chase American Door and Millwork
16107390      Chase American Door and Millwork
16107391      Chase American Door and Millwork
16107392      Chase Stairwerks, Inc.
16107393      Chase Stairwerks, Inc.
16107394      Chase Stairwerks, Inc.
16107395      Chase Stairwerks, Inc.
16107396      Chase Stairwerks, Inc.
16107397      Chase Stairwerks, Inc.
16107398      Chase Stairwerks, Inc.
16107399      Chase Stairwerks, Inc.
16107400      Chase Stairwerks, Inc.
16107401      Chase Stairwerks, Inc.
16107402      Chase Stairwerks, Inc.
16107403      Chase Stairwerks, Inc.
16107404      Chase Stairwerks, Inc.
16107405      Chase Stairwerks, Inc.
16107406      Chase Stairwerks, Inc.
16107407      Chase Stairwerks, Inc.
16107408      Chase Stairwerks, Inc.
16107409      Chase Stairwerks, Inc.
16107410      Chase Stairwerks, Inc.
16107411      Chase Stairwerks, Inc.
16107412      Chase Stairwerks, Inc.
16107413      Chase Stairwerks, Inc.
16107414      Chase Stairwerks, Inc.
16107415      Chase Stairwerks, Inc.
16107416      Chase Stairwerks, Inc.
16107417      Chase Stairwerks, Inc.
16107418      Chase Stairwerks, Inc.
16107419      Chase Stairwerks, Inc.
16107420      Chase Stairwerks, Inc.
16107421      Chase Stairwerks, Inc.
16107422      Chase Stairwerks, Inc.
16107423      Chase Stairwerks, Inc.
```

```
District/off: 0752-1          User: dpruitt            Page 3 of 3             Date Rcvd: Jun 30, 2011
                              Form ID: pdf006          Total Noticed: 66


              ***** BYPASSED RECIPIENTS (continued) *****
16107424      Chase Stairwerks, Inc.
16107425      Chase Stairwerks, Inc.
16107426      Chase Stairwerks, Inc.
16107427      Chase Stairwerks, Inc.
16107428      Chase Stairwerks, Inc.
16107429      Chase Stairwerks, Inc.
16107430      Chase Stairwerks, Inc.
16107431      Chase Stairwerks, Inc.
16107432      Chase Stairwerks, Inc.
16107433      Chase Stairwerks, Inc.
16107434      Chase Stairwerks, Inc.
16107435      Chase Stairwerks, Inc.
16107446      Francine Chase
16107386*    +Charles Horn Lumber Company,   2440 South Damen Avenue,   Chicago, IL 60608-5289
16107455*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,   Centralized Insolvency Operations,
               P. O. Box 21126,   Philadelphia, PA 19114)
16107456*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,   Centralized Insolvency Operations,
               P. O. Box 21126,   Philadelphia, PA 19114)
                                                                              TOTALS: 50, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2011**                        **Signature:**    _Joseph Speetjens_