UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DONALD J CHASE | § | Case No. 10-40276 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on               . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Gregg Szilagyi_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Marquette Bank 9612 West 143rd Street Orland Park, IL 60462 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankuptcy Section Level 7-425 | | | | | |
| 4 | Internal Revenue Service | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations P | | | | | |
| | Internal Revenue Service Centralized Insolvency Operations P | | | | | |
| | Internal Revenue Service Centralized Insolvency Operations P | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAA Communications Attention: Ronald M. Karrels 19420 Hunter | | | | | |
| | AT&T P. O. Box 6428 Carol Stream, IL 60197 | | | | | |
| | Aetna Plywood, Inc. c/o Don Mar Service Corporation 500 West | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | American Express Bank, FSB | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | American Express Company c/o United Recovery Systems 5800 No | | | | | |
| | Andrea A. Raila & Associates c/o Revenue Management, Inc. 62 | | | | | |
| 9 | Artistic Stairbuilders, Inc. | | | | | |
| | Artistic Stairbuilders, Inc. c/o Barry Serota & Associates P | | | | | |
| 5 | Asset Acceptance, LLC assignee CITIBANK | | | | | |
| | Berland's House of Tools 1530 Centre Circle Drive Downers Gr | | | | | |
| | Charles Horn Lumber Co. 2440 South Damen Avenue Chicago, IL | | | | | |
| | Charles Horn Lumber Company 2440 South Damen Avenue Chicago, | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Business Card P. O. Box 688901 Des Moines, IA 50368-890 | | | | | |
| | Citi P. O. Box 9122 Des Moines, IA 50368-9122 | | | | | |
| 11 | Citibank South Dakota NA | | | | | |
| | Citibank c/o Asset Acceptance, LLC P. O. Box 2036 Warren, MI | | | | | |
| | Cochrane Compressor/Nat'l Pump c/o Prestige Services, Inc. 2 | | | | | |
| | Comcast c/o Credit Protection Association, 13355 Noel Road D | | | | | |
| | Commonwealth Edison Company c/o Hughes & Associates, P. C. 1 | | | | | |
| | Creative Iron Solutions 31 West 335 Schoger Drive Naperville | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dantherm Filtration, Inc. 150 Transit Avenue Thomasville, NC | | | | | |
| | Dell Financial Services P. O. Box 5292 Carol Stream, IL 6019 | | | | | |
| | Express Hardware 1203 South Northwest Highway Barrington, IL | | | | | |
| | Gamboa Enterprises, Inc. c/o Transworld Systems 1375 East Wo | | | | | |
| | Hines, Edward Lumber Co. c/o Euler Hermes UMA 600 South 7th | | | | | |
| | Home Depot Commercial c/o Pro Consulting Services, Inc. P. O | | | | | |
| | Hortons of LaGrange 60 South LaGrange Road La Grange, IL 605 | | | | | |
| | IMARC P. O. Box 290 De Witt, IA 52742-0290 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IMARC, LLC Columbia Agency 1005 Laraway Road, P. O. Box 39 N | | | | | |
| 4 | Internal Revenue Service | | | | | |
| | KCA Financial Services, Inc. 628 North Street Geneva, IL 601 | | | | | |
| | Knight Security Alarms, Inc. P. O. Box 333 New Lenox, IL 604 | | | | | |
| | Konica Minolta Business Solutions c/o RMS 4836 Brecksville R | | | | | |
| | Leaf P. O. Box 644006 Cincinnati, OH 45264-4006 | | | | | |
| | National City Commercial Capital Co c/o Vincent T. Borst 180 | | | | | |
| | Nicor Gas P. O. Box 2020 Aurora, IL 60507-2020 | | | | | |
| | PNCEF, LLC c/o Robbins, Salomon & Patt, Ltd. 25 E. Washingto | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Parts c/o Transworld Systems, Inc. 1375 East Woodfield Road, | | | | | |
| | Physicians Prompt Care Centers 18210 South LaGrange Road, St | | | | | |
| 6 | Rayner & Rinn-Scott Co. | | | | | |
| | Rayner & Rinn-Scott Co., Inc. c/o American Credit Systems, I | | | | | |
| 1 | Roundup Funding, LLC | | | | | |
| | SCM Group USA, Inc. c/o Teller, Levit & Silvertrust, PC 11 E | | | | | |
| | Sheriff-Fire Alarm c/o Arnold Scott Harris, P. C. 222 Mercha | | | | | |
| | Sprint c/o Diversified Adjustment, Inc. 600 Coon Rapids Boul | | | | | |
| 2 | TGC | | | | | |
| | TGC 3233 North Sheffield Avenue Chicago, IL 60657-2210 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Total Tooling Technology c/o Barry Serota & Associates P. O. | | | | | |
| | UPS c/o Allied Interstate 3000 Corporate Exchage Drive Colum | | | | | |
| 10 | US Bank N.A. | | | | | |
| | US Bank P. O. Box 790408 Saint Louis, MO 63179-0408 | | | | | |
| | Upper Canada Forest c/o Teller Levit & Silvertrust, PC 11 Ea | | | | | |
| 8 | Verizon Wireless | | | | | |
| | Verizon Wireless P. O. Box 25505 Lehigh Valley, PA 18002-550 | | | | | |
| | Verizon Wireless-Midwest c/o Chase Receivables 1247 Broadway | | | | | |
| | Voss, Michaels, Lee & Associates P. O. Box 1829 Holland, MI | | | | | |
| 3 | W. W. Grainger, Inc. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | W. W. Grainger, Inc. c/o McMahan & Sigunick, Ltd. 412 South | | | | | |
| | WW Grainger, Inc. c/o American Bureau of Collections 1100 Ma | | | | | |
| | West Bend Mutual Insurance c/o Joseph, Mann & Creed 20600 Ch | | | | | |
| | Westfield Insurance Collection Department One Park Circle, P | | | | | |
| | Westfield Insurance Group c/o Phillip R. Sauer, L. L. C. 3 G | | | | | |
| | Woodmark International c/o Coface Collection North America P | | | | | |
| | Wright Express c/o Commercial Recovery Group, Inc. 1012 Stat | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 10-40276 | SPS | Judge: | Susan Pierson Sonderby |
|---|---|---|---|---|

Case Name: DONALD J CHASE

For Period Ending: 11/29/11

Trustee Name: Gregg Szilagyi
Date Filed (f) or Converted (c): 09/08/10 (f)
341(a) Meeting Date: 11/08/10
Claims Bar Date: 02/09/11

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2025 South Indiana, Unit 407, Chicago, IL 60616 | 242,087.00 | 16,581.00 | DA | 0.00 | 16,581.00 |
| 2 | checking account with Chase Bank (homestead proceeds from sa | 15,000.00 | 15,000.00 | DA | 0.00 | 15,000.00 |
| 3 | savings account with Chase Bank | 20,000.00 | 20,000.00 | | 18,850.00 | FA |
| 4 | checking account with Chase Bank (funds in account are from | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 |
| 5 | household goods | 2,000.00 | 2,000.00 | DA | 0.00 | 2,000.00 |
| 6 | books, pictures, etc. | 200.00 | 200.00 | DA | 0.00 | 200.00 |
| 7 | usual and ordinary wearing apparel | 300.00 | 300.00 | DA | 0.00 | 300.00 |
| 8 | watch, ring | 100.00 | 100.00 | DA | 0.00 | 100.00 |
| 9 | sports, photographic or other hobby equipment including a gu | 500.00 | 500.00 | DA | 0.00 | 500.00 |
| 10 | IRA has a 100 death benefit | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | retirement annuity - Met Life | 91,000.00 | 91,000.00 | DA | 0.00 | 91,000.00 |
| 12 | stocks in Chase Stairwerks, Inc. and Chase American Door and | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 13 | 2009 taxes on extension (owe $12,000.00) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 14 | 2004 Chevrolet Colorado with over 130,000 miles | 1,200.00 | 1,200.00 | DA | 0.00 | 1,200.00 |
| 15 | three-year-old Dell computer, fax machine, copier, printer | 350.00 | 350.00 | DA | 0.00 | 350.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.96 | Unknown |

TOTALS (Excluding Unknown Values)   $375,237.00   $149,731.00   $18,851.96

Gross Value of Remaining Assets
$129,731.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11      Current Projected Date of Final Report (TFR): / /

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

Case No: 10-40276
Case Name: DONALD J CHASE

Taxpayer ID No: XX-XXX7607
For Period Ending: 11/29/11

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX2422 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/23/10 | 3 | DONALD CHASE | PROCEEDS OF BANK ACCOUNT | 1129-000 | 18,850.00 | | 18,850.00 |
| 11/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.03 | | 18,850.03 |
| 12/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.48 | | 18,850.51 |
| 01/31/11 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.48 | | 18,850.99 |
| 02/28/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.14 | | 18,851.13 |
| 03/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,851.29 |
| 04/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,851.44 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.17 | | 18,851.61 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,851.76 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,851.92 |
| 08/09/11 | INT | Bank of America | Interest | 1270-000 | 0.04 | | 18,851.96 |
| 08/09/11 | | Transfer to Acct#XXXXXX9376 | Transfer of Funds | 9999-000 | | 18,851.96 | 0.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | | 18,851.96 | 18,851.96 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 18,851.96 | |
| Subtotal | | 18,851.96 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | 0.00 | |
| Net | | 18,851.96 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 18,851.96 | 18,851.96 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

Case No: 10-40276
Case Name: DONALD J CHASE

Taxpayer ID No: XX-XXX7607
For Period Ending: 11/29/11

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9376 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/11 | | Transfer from Acct#XXXXXX2422 | Transfer of Funds | 9999-000 | 18,851.96 | | 18,851.96 |
| 08/09/11 | 001001 | GREGG SZILAGYI 542 South Dearborn Street Suite 1060 Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 2,635.20 | 16,216.76 |
| 08/09/11 | 001002 | Internal Revenue Service Centralized Insolvency Operations P. O. Box 21126 Philadelphia, PA 19114 | (Final distribution to Claim 4, representing a Payment of 100.00% per court order.) | 5800-000 | | 12,082.78 | 4,133.98 |
| 08/09/11 | 001003 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | (Final distribution to Claim 1, representing a Payment of 3.29% per court order.) | 7100-000 | | 26.26 | 4,107.72 |
| 08/09/11 | 001004 | TGC 3233 North Sheffield Avenue Chicago, IL 60657-2210 | (Final distribution to Claim 2, representing a Payment of 3.28% per court order.) | 7100-000 | | 9.15 | 4,098.57 |
| 08/09/11 | 001005 | W. W. Grainger, Inc. c/o McMahan & Sigunick, Ltd. 412 South Wells Street, 6th Floor Chicago, IL 60607 | (Final distribution to Claim 3, representing a Payment of 3.29% per court order.) | 7100-000 | | 36.32 | 4,062.25 |
| 08/09/11 | 001006 | Internal Revenue Service Centralized Insolvency Operations P. O. Box 21126 Philadelphia, PA 19114 | (Final distribution to Claim 4, representing a Payment of 3.29% per court order.) | 7100-000 | | 9.77 | 4,052.48 |
| 08/09/11 | 001007 | Asset Acceptance, LLC assignee CITIBANK PO Box 2036 Warren, MI 48090 | (Final distribution to Claim 5, representing a Payment of 3.29% per court order.) | 7100-000 | | 129.87 | 3,922.61 |

Page Subtotals             18,851.96          14,929.35

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-40276
Case Name: DONALD J CHASE

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9376 - CHECKING ACCOUNT

Taxpayer ID No: XX-XXX7607
For Period Ending: 11/29/11

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/11 | 001008 | Rayner & Rinn-Scott Co. Laws Offices of Dennis B Porick LTD 63 W Jefferson St Suite 100 Joliet IL 60432 | (Final distribution to Claim 6, representing a Payment of 3.29% per court order.) | 7100-000 | | 1,161.30 | 2,761.31 |
| 08/09/11 | 001009 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | (Final distribution to Claim 7, representing a Payment of 3.29% per court order.) | 7100-000 | | 218.13 | 2,543.18 |
| 08/09/11 | 001010 | Verizon Wireless PO BOX 3397 Bloomington, IL 61702 | (Final distribution to Claim 8, representing a Payment of 3.29% per court order.) | 7100-000 | | 43.82 | 2,499.36 |
| 08/09/11 | 001011 | Artistic Stairbuilders, Inc. Jeff Steiger P. O. Box 1222 Tinley Park IL 60477 | (Final distribution to Claim 9, representing a Payment of 3.29% per court order.) | 7100-000 | | 50.15 | 2,449.21 |
| 08/09/11 | 001012 | US Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | (Final distribution to Claim 10, representing a Payment of 3.29% per court order.) | 7100-000 | | 431.96 | 2,017.25 |
| 08/09/11 | 001013 | Citibank South Dakota NA Payment Center 4740 121st St Urbandale, IA 50323 | (Final distribution to Claim 11, representing a Payment of 3.29% per court order.) | 7100-000 | | 2,017.25 | 0.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | | 18,851.96 | 18,851.96 | 0.00 |
| Less: Bank Transfers/CD's | | 18,851.96 | 0.00 | |
| Subtotal | | 0.00 | 18,851.96 | |
| Less: Payments to Debtors | | 0.00 | 0.00 | |
| Net | | 0.00 | 18,851.96 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL OF ALL ACCOUNTS Page Subtotals | 0.00 | 3,922.61 | |

**FORM 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-40276
Case Name: DONALD J CHASE

Taxpayer ID No: XX-XXX7607
For Period Ending: 11/29/11

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9376 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | MONEY MARKET ACCOUNT - XXXXXX2422 | | | 18,851.96 | 0.00 | 0.00 |
| | | CHECKING ACCOUNT - XXXXXX9376 | | | 0.00 | 18,851.96 | 0.00 |

| | | |
|---|---|---|
| Total Allocation Receipts: 0.00 | 18,851.96 | 18,851.96 | 0.00 |
| Total Net Deposits: 18,851.96 | | | |
| Total Gross Receipts: 18,851.96 | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | Page Subtotals | | 0.00 | 0.00 | |